Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000044
06-MAR-2015
08:01 AM

NO. CAAP-12-0000044

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARY LOU JACK, Plaintiff-Appellee, v.
THOMAS EDWARD JACK, II, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-0269)

ORDER DENYING MARCH 4, 2015
MOTION FOR RECONSIDERATION AND/OR CLARIFICATION
OF FEBRUARY 26, 2015 SUMMARY DISPOSITION ORDER
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon review of (1) Attorney Donna Davis Green's
(Attorney Green) March 4, 2015 motion for reconsideration, of the
February 26, 2015 Summary Disposition Order, (2) the February 26,
2015 Summary Disposition Order, and (3) the record, it appears
that we did not overlook or misapprehend any points of fact or
law when we included footnote 3 in the Summary Disposition Order.
Hawai'i Family Court Rule 87(a) does not excuse an attorney who
has received a notice of appeal from opposing counsel from
notifying the appellate court that he or she is no longer counsel
for the appellee. This is especially true where, as here,
silence on appellee's counsel's part led to the continued service

of documents to appellee's counsel rather than to appellee herself.  Therefore,

IT IS HEREBY ORDERED that the March 4, 2015 motion for reconsideration of the February 26, 2015 Summary Disposition Order in case number CAAP-12-0000044 is denied.

DATED:  Honolulu, Hawai'i, March 6, 2015.


Presiding Judge


Associate Judge


Associate Judge